CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
JAN 0 4 2007
JOHN F. CORCORAN, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Harrisonburg Division

|  |  |
|---|---|
| STEPHANIE H. DUNAY,<br><br>    Plaintiff,<br><br>v.<br><br>SCHERING CORPORATION,<br><br>    and<br><br>SCHERING-PLOUGH CORPORATION<br>SEVERANCE BENEFIT PLAN,<br><br>    Defendants. | Case No.: 5:05CV00080 |

## CONSENT ORDER OF DISMISSAL

The parties hereto having resolved this matter and agreed that the Court should enter an order and judgment dismissing this case with prejudice, it is HEREBY ORDERED, ADJUDGED AND DECREED that this matter is hereby dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO ORDERED this 4th day of JANUARY, 2007.

/s/ Glen E. Conrad
UNITED STATES DISTRICT JUDGE

1

Agreed to by:


By: /s/ Mark H. Schmidt
Mark H. Schmidt, Esq. (VSB No. 44521)
SCHMIDT LAW OFFICES, PLLC
8150 Mechanicsville Turnpike
Mechanicsville, VA 23111
Telephone: (804) 730-4660
Facsimile: (804) 730-8660
*Counsel for Plaintiff*


By:  /s/ Betty S.W. Graumlich
Betty S. W. Graumlich (VSB No. 30825)
Robert F. Moorman  (VSB No. 39129)
REED SMITH, LLP
Riverfront Plaza - West Tower
901 E. Byrd Street, Suite 1700
Richmond, Virginia 23219-4068
Telephone: (804) 344-3400
Facsimile: (804) 344-3410

LEWIS FISHER HENDERSON
CLAXTON & MULROY, LLP
Frederick J. Lewis (TN Bar No. 07859)
Whitney K. Fogerty (TN Bar No. 20082)
6410 Poplar Avenue, Suite 300
Memphis, Tennessee 38119
Telephone: (901) 767-6160
Facsimile: (901) 767-7411
*Counsel for Defendants Schering Plough*
*Corporation and Schering-Plough Corporation*
*Severance Benefit Plan*